# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Christopher Lothes

*Plaintiff(s)*

v.   Civil Action No. 2:23-CV-10

City of Elkins et. al.

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: MEMORANDUM OPINION AND ORDER GRANTING MOTION TO STRIKE [ECF NO. 13] AND MOTION TO DISMISS [ECF NO. 5].  This action is DISMISSED WITH PREJUDICE and STRICKEN from the Court's active docket.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date:  March 27, 2024

*CLERK OF COURT*
Cheryl Dean Riley
/s/ M. Sinsel

*Signature of Clerk or Deputy Clerk*